IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
|     RONALD L. ROSS ) | |
| ) | CASE NO.: 10-25152 |
|     DEBTOR ) | CHAPTER 13 |
| ) | |

### VERIFIED CERTIFICATE OF READINESS
### AND REQUEST TO RESET TELEPHONIC PRE-HEARING CONFERENCE

Comes now Andrew J. Kopko, Attorney for Debtor, and now certifies that he is ready to attend a Pre-Hearing Conference and prosecute Debtor's Plan for Confirmation and resist Objections thereto and hereby requests the Court to reset the Pre-Hearing Conference on the Objection to Confirmation filed by Consumer Solutions, LLC.

I hereby affirm under penalty of perjury that the foregoing representations are true.

Dated: August 15, 2011

                                                            Ronald Lee Ross

By: _____
                                                   ANDREW J. KOPKO
                                                   Attorney for Debtors
                                                   370 W. 80th Place
                                                   Merrillville, IN 46410

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
    RONALD L. ROSS )
) CASE NO.: 10-25152
    DEBTOR ) CHAPTER 13
)

## CERTIFICATE OF SERVICE

I certify that on August 15, 2011, of true and complete copies of the Verified Certificate of Readiness and Request to Reset Pre-Hearing Conference was made upon the following by electronic service:

Paul R. Chael, 401 West 84th Drive, Suite C, Merrillville, IN 46410 @ ECF@pchael13.com
U.S. Trustee, 100 E. Wayne St., South Bend, IN 46601 @ ustpregion10.so.ecf@usdoj.gov

and upon the following by depositing the same in the United States Mail, in envelopes properly addressed to each of them and with sufficient first class postage affixed:

Debtor

Consumer Solutions, LLC
c/o Attorney Brooks Grainger
P.O. Box 6200
South Bend, IN 46660

/s/
AMANDA A. LAWRENCE