**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| IN RE: ) | **CHAPTER 13 PROCEEDINGS** |
| ) | |
| | **CASE NO: 10-25152   KL** |
| **RONALD LEE ROSS** | |

**MOTION TO DISMISS FOR DEFAULT IN PLAN PAYMENTS**

  Comes now Paul R. Chael, Trustee herein, and states that the above debtor(s) is in material default under the terms of the Plan, in that the payments required by the Plan have not been made and that no showing has been made of any just cause for such default.

**Amount of default:** - $10,000.00

  **Wherefore**, your Trustee prays that these proceedings be dismissed pursuant to Sec.1307 (c) of the Bankruptcy Code and that a time be set for your Trustee to make final report of his receipts and disbursements in these proceedings.

                /s/ Paul R. Chael
                Paul R. Chael, Trustee
                Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2011, service of a true and complete copy of the above and foregoing pleading or paper was served upon the U.S. Trustee and listed interested parties electronically and upon the remaining parties set forth below by depositing the same in the United States mail, envelope properly addressed to each of them and with sufficient postage affixed.

U.S. Trustee- 100 E. Wayne Street, South Bend, Indiana 4660
A JACK KOPKO, 370 W. 80TH. PLACE, MERRILLVILLE, IN 46410   ,
RONALD LEE ROSS, 6009 JUNIPER STREET, GARY, IN 46403   ,

                /s/ Paul R. Chael
                Paul R. Chael
                401 West 84th Drive, Suite C
                Merrillville, IN 46410
                (219) 650-4015